IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-55-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARRICK LAMORRIS MCKENZIE, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than September 17, 2021, the United States shall respond to defendant's motion for extension of time to file a motion to vacate under 28 U.S.C. § 2255. See [D.E. 73].

SO ORDERED. This 23 day of August 2021.

JAMES C. DEVER III
United States District Judge