IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-55-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DARRICK LAMORRIS MCKENZIE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Darrick Lamorris McKenzie ("McKenzie" or "defendant") moves the court to "set aside" his criminal judgment based on misconduct by his defense counsel and the government in connection with his November 19, 2018 guilty plea [D.E. 147]. As explained below, the court denies the motion.

On March 14, 2017, McKenzie entered a local business in Lumberton, North Carolina, brandished a gun, and raped an employee after he rendered her unconscious. See [D.E. 52] ¶ 9. McKenzie also stole two laptop computers, two televisions, and the victim's vehicle and debit card (which he used to withdraw $300). See id. Two days later, also in Lumberton, McKenzie approached a transport van at gunpoint, while the driver was "taking a brief nap" waiting for a transport assignment, and stole the van and the driver's wallet. Id. at ¶ 10. McKenzie fired his gun during this interaction. See id.

On November 19, 2018, with a written plea agreement, McKenzie pleaded guilty to two counts of carjacking in violation of 18 U.S.C. § 2119(1), brandishing a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii) (2018), and discharging a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(iii). See [D.E. 40];

United States v. McKenzie, 793 F. App'x 210, 210 (4th Cir. 2020) (per curiam) (unpublished). On April 10, 2019, the court "sentenced McKenzie to 379 months of imprisonment, of which 17 years was based on McKenzie's consecutive sentences for his § 924(c) convictions." McKenzie, 793 F. App'x at 210. McKenzie appealed his conviction and sentence. See [D.E. 61]. On February 13, 2020, the United States Court of Appeals for the Fourth Circuit affirmed. See McKenzie, 793 F. App'x at 210. In 2021 and 2022, the court denied McKenzie's motions for compassionate release and to extend the time for filing a section 2255 motion. See United States v. McKenzie, No. 7:18-CR-55, 2022 WL 6768190, at *3 (E.D.N.C. Oct. 11, 2022) (unpublished) (noting that "McKenzie's claim that his counsel was constitutionally ineffective during plea negotiations and sentencing . . . . attacks the validity of McKenzie's sentence [and] should have [been] raised under 28 U.S.C. § 2255"), aff'd, No. 22-7289, 2023 WL 2064568 (4th Cir. Feb. 17, 2023) (per curiam) (unpublished); [D.E. 79] 1. On July 28, 2025, the court denied McKenzie's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821 of the United States Sentencing Guidelines. See [D.E. 146].

In his motion, McKenzie cites Federal Rule of Civil Procedure 60(b)(3) and (d) and alleges "misrepresentation & misconduct by the opposing party and fraud on the court."[1] [D.E. 147] 1. "The Federal Rules of Civil Procedure do not provide a vehicle by which to challenge a criminal judgment." United States v. Corrigan, 557 F. App'x 212, 212 (4th Cir. 2014) (per curiam) (unpublished); cf. Banister v. Davis, 590 U.S. 504, 518 (2020). Accordingly, "there is no basis upon which to grant such relief," particularly where McKenzie "was on clear notice about the one-

---

[1] A "motion under Rule 60(b)[(3)] must be made . . . no more than a year after the entry of the judgment or order or the date of the proceeding." Fed. R. Civ. P. 60(c)(1); see Aikens v. Ingram, 652 F.3d 496, 500 n.3 (4th Cir. 2011) (en banc). McKenzie's criminal judgment became final on May 13, 2020. See [D.E. 79] 1.

2

year time period for filing" a section 2255 motion. United States v. Khan, No. 1:11-CR-143, 2015 WL 13827230, at *3 (E.D. Va. June 29, 2015) (unpublished). Therefore, the court DENIES defendant's motion [D.E. 147].

SO ORDERED. This 8 day of January, 2026.

                                                    JAMES C. DEVER III
                                                    United States District Judge

3